B1 (Official Form 1)(04/13)

| United States Bankruptcy Court<br>Northern District of Illinois, Eastern Division | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Burke, John C.** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Burke, Erica R.** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6048** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-0900** |
| Street Address of Debtor (No. and Street, City, and State):<br>**13024 Stellar Ln.**<br>**Plainfield, IL**<br>ZIP Code **60585** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**13024 Stellar Ln.**<br>**Plainfield, IL**<br>ZIP Code **60585** |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business:<br>**Will** |
| Mailing Address of Debtor (if different from street address):<br>ZIP Code | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |

Location of Principal Assets of Business Debtor
(if different from street address above):

| Type of Debtor<br>(Form of Organization) (Check one box)<br>■ Individual (includes Joint Debtors)<br>See Exhibit D on page 2 of this form.<br>☐ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | Nature of Business<br>(Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other | Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)<br>■ Chapter 7<br>☐ Chapter 9<br>☐ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |
|---|---|---|

| Chapter 15 Debtors<br>Country of debtor's center of main interests:<br><br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | Tax-Exempt Entity<br>(Check box, if applicable)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | Nature of Debts<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."    ■ Debts are primarily business debts. |
|---|---|---|

| Filing Fee (Check one box)<br>■ Full Filing Fee attached<br><br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br><br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | Chapter 11 Debtors<br>Check one box:<br>☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>Check if:<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 (amount subject to adjustment on 4/01/16 and every three years thereafter).<br>Check all applicable boxes:<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
|---|---|

| Statistical/Administrative Information<br>☐ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | THIS SPACE IS FOR COURT USE ONLY |
|---|---|

Estimated Number of Creditors

| ☐<br>1-<br>49 | ☐<br>50-<br>99 | ☐<br>100-<br>199 | ☐<br>200-<br>999 | ☐<br>1,000-<br>5,000 | ☐<br>5,001-<br>10,000 | ☐<br>10,001-<br>25,000 | ☐<br>25,001-<br>50,000 | ☐<br>50,001-<br>100,000 | ☐<br>OVER<br>100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ■<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ☐<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐<br>$0 to<br>$50,000 | ☐<br>$50,001 to<br>$100,000 | ☐<br>$100,001 to<br>$500,000 | ☐<br>$500,001<br>to $1<br>million | ■<br>$1,000,001<br>to $10<br>million | ☐<br>$10,000,001<br>to $50<br>million | ☐<br>$50,000,001<br>to $100<br>million | ☐<br>$100,000,001<br>to $500<br>million | ☐<br>$500,000,001<br>to $1 billion | ☐<br>More than<br>$1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(04/13)                                                                          Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Burke, John C.**<br>**Burke, Erica R.** |

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>   Signature of Attorney for Debtor(s)      (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■    Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐    There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐    Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐    Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

       _____
       (Name of landlord that obtained judgment)

       _____
       (Address of landlord)

☐    Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐    Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐    Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13)                                                                                                    Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Burke, John C.**<br>**Burke, Erica R.** |

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ John C. Burke**
_____
Signature of Debtor  **John C. Burke**

X **/s/ Erica R. Burke**
_____
Signature of Joint Debtor **Erica R. Burke**

_____
Telephone Number (If not represented by attorney)

**July 12, 2013**
_____
Date

#### Signature of Attorney*

X **/s/ Kent A. Gaertner**
_____
Signature of Attorney for Debtor(s)

**Kent A. Gaertner**
_____
Printed Name of Attorney for Debtor(s)

**Springer Brown, LLC**
_____
Firm Name

**400 S. County Farm Road**
**Suite 330**
**Wheaton, IL 60187**
_____
Address

**630-510-0000  Fax: 630-510-0004**
_____
Telephone Number

**July 12, 2013**
_____
Date
*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X
_____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X
_____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X
_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **John C. Burke**
**Erica R. Burke**
_____
Debtor(s)

Case No. _____

Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

_Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed._

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. _Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency._

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. _You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed._

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. _[Summarize exigent circumstances here.]_ ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.]* *[Must be accompanied by a motion for determination by the court.]*

       ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

       ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

       ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ John C. Burke**

                         **John C. Burke**

Date:   **July 12, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re    John C. Burke    Erica R. Burke        Case No. _____

Debtor(s)      Chapter    **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

■ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

☐ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* \_\_\_\_

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                    Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable
statement.] [Must be accompanied by a motion for determination by the court.]*
        ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or
        mental deficiency so as to be incapable of realizing and making rational decisions with respect to
        financial responsibilities.);
        ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being
        unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or
        through the Internet.);
        ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling
requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:   **/s/ Erica R. Burke**
_____
                       **Erica R. Burke**

Date:   **July 12, 2013**
_____

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                                                Best Case Bankruptcy

## United States Bankruptcy Court
### Northern District of Illinois, Eastern Division

In re    **John C. Burke**
         **Erica R. Burke**                                      Case No. _____
                                              Debtor(s)          Chapter    **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.    Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that
compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to
be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **3,000.00** |
| Prior to the filing of this statement I have received | $ | **3,000.00** |
| Balance Due | $ | **0.00** |

2.    $  **306.00**   of the filing fee has been paid.

3.    The source of the compensation paid to me was:

      ■ Debtor        ☐ Other (specify):

4.    The source of compensation to be paid to me is:

      ■ Debtor        ☐ Other (specify):

5.    ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

      ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A
      copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.    In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

      a.   Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
      b.   Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
      c.   Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
      d.   [Other provisions as needed]

7.    By agreement with the debtor(s), the above-disclosed fee does not include the following service:

---

**CERTIFICATION**

      I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in
this bankruptcy proceeding.

Dated:    **July 12, 2013**                            **/s/ Kent A. Gaertner**
                                                       **Kent A. Gaertner**
                                                       **Springer Brown, LLC**
                                                       **400 S. County Farm Road**
                                                       **Suite 330**
                                                       **Wheaton, IL 60187**
                                                       **630-510-0000  Fax: 630-510-0004**

---

AAT Pipeline Testing, Inc.
2024 Rt. 176
Crystal Lake, IL 60014


Academic Endoctrine
201 Gary Avenue, Suite 240
Wheaton, IL 60187


ACB Recovery
P.O. Box 177
Cincinnati, OH 45201


ACUITY
2800 S. Taylor Drive
Sheboygan, WI 53081


Adventist Health Partners
P.O. Box 7001
Bolingbrook, IL 60440


AEP Energy
Dept. CH19346
Palatine, IL 60055


Airgas North Central
P.O. Box 802576
Chicago, IL 60680


All Kids and Family Care
P.O. Box 19121
Springfield, IL 62794


American Express
P.O. Box 981535
El Paso, TX 79998


Ann & Robert H. Lurie
P.O. Box 4051
Carol Stream, IL 60197


Architectural Consulting Services
870 W. Hillside St.
Palatine, IL 60067

At The Spot
24110 W. Hazelcrest Dr.
Plainfield, IL 60544


AT&T
P.O. Box 5080
Carol Stream, IL 60197


AT&T Damages
9247 N. Meridian Ste. 110
Indianapolis, IN 46260


B&V Landscaping
1127 Grove Street
Aurora, IL 60505


Banfield Pet Hospital
2775 Plainfield Road
Joliet, IL 60435


Bank of America
PO Box 5170
Simi Valley, CA 93062-5170


Bay Area Credit Service
1000 Abernathy Road NE, Suite 195
Atlanta, GA 30328


Blue Tech Printing
12249 S. Rea Dr., Ste. 5
Plainfield, IL 60544


BlueStar
Dept. CH 19346
Palatine, IL 60055


Bull's Eye Boring Inc.
3220 21st. Street
Zion, IL 60099


C&M Pine Supply Co.
19800 Stoney Island Ave.
Chicago Heights, IL 60411

Cadence Health
25960 Network Place
Chicago, IL 60673


Capital One Services LLC
P.O. Box 30285
Salt Lake City, UT 84130


Capital Recovery Systems, Inc.
750 Gross Point Rd
Ste. #5
Columbus, OH 43230-6693


CCB Credit Payment & Correspondence
P.O. Box 272
Springfield, IL 62705


Central DuPage Hospital
25 North Winfield Road
Winfield, IL 60190


Chase Bank USA, N.A.
P.O. Box 15298
Wilmington, DE 19850


Chase Card Services
P.O. Box 15298
Wilmington, DE 19850


Chase Health Advance
P.O. Box 1573
Phoenix, AZ 85001


Chicago Center for Torah & Chesed
6333 N. Troy
Chicago, IL 60659


Chicago Local Union 130
1340 W. Washington Blvd.
Chicago, IL 60607


Clerk- Circuit Court Livingston Cty
110 N. Main St.
Pontiac, IL 61764

Clerk- Will County Circuit Court
14 W. Jefferson St.
Joliet, IL 60432


Columbia Pipe & Supply
23671 Network Place
Chicago, IL 60673


Columbia Pipe and Supply Co.
1803 Moen Av.
Rockdale, IL 60436


Columbian Agency
P.O. Box 39
New Lenox, IL 60451


Com Ed
P.O. Box 6111
Carol Stream, IL 60197


Com Ed
P.O. Box 6111
Carol Stream, IL 60197


Comcast
155 Industrial Drive
Elmhurst, IL 60126


Component Precase
P.O. Box 553
West Chicago, IL 60185


Concrete Specialties Company
P.O. Box 7369
Romeoville, IL 60446


Construction Industry Research &
Service Trust Fund
6170 Joliet Rd.
Countryside, IL 60525-4093


Country Gas Compant
P.O. Box 269
Wasco, IL 60183

Creditors Collection Bureau
P.O. Box 63
Kankakee, IL 60901


Cross Point Sales
3158 S. State St.
Lockport, IL 60441


Cyber Broadcasting LLC
680 S. Broadway St.
Coal City, IL 60416


D&B
75 Remittance Drive, Suite 1793
Chicago, IL 60675


Diamond Cut Concrete Cutters, Inc.
327 Ferndale Ave.
Elmhurst, IL 60126


Direct TV
P.O. Box 6550
Englewood, CO 80155


DSNB Federated Retail Holdings
111 Boulder Industrial Dr.
Bridgeton, MO 63044


Ed Siebert Trucking Service, Inc.
8748 S. IL RTE 53
Naperville, IL 60567


Elmhurst Chicago Stone Company
400 W. First Street
P.O. Box 57
Elmhurst, IL 60126


Farmstone Ridge Homeowners Assoc
c/o HSR Property Services Inc
7501 W/ 191st St. Ste. #1E
Tinley Park, IL 60487


FedEx
P.O. Box 94515
Palatine, IL 60094

Feece Oil Company
700 Hubbard Ave.
Batavia, IL 60510


Ferguson Enterprises, Inc.
P.O. Box 802817
Chicago, IL 60680


First Midwest Bank
One Pierce Place
Suite #1500


First Midwest Bank
One Pierce Pl.
Suite 1500
Itasca, IL 60143


First Midwest Bank
P.O. Box 9003
Gurnee, IL 60031


Firstsource Advantage, LLC
205 Bryant Woods South
Buffalo, NY 14228


Ford Credit
P.O. Box 1106
Westmont, IL 60559


Goode Industries Inc./M. Cooper Sup
8605 Spring Lake Dr.
Mokena, IL 60448


Grade Beam
1405 Lake Cook Road
Deerfield, IL 60015


Grotevant & Huber
P.O. Box 2449
Kankakee, IL 60901


Grotevant & Huber
P.O. Box 2449
Kankakee, IL 60901

HD Supply Waterworks
P.O. Box 91036
Chicago, IL 60693


Heavner, Scott, Beyers and Mihlar,
P.O. Box 740
Decatur, IL 62525


Hicks Gas
P.O. Box 219
Braidwood, IL 60408


IC Systems
444 Highway 96 East
Saint Paul, MN 55164


Illinois Bell Telephone/AT&T Illino
c/o Bleedker, Brody and Andrews
9247 N. Meridian St. #101
Indianapolis, IN 46260


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Department of Revenue
Bankruptcy Section Level 7-425
100 W. Randolph Street
Chicago, IL 60602


Illinois Tollway Authority
2700 Ogden Av.
Downers Grove, IL 60515


Illinois Truck & Equipment
320 Briscoe Drive
Morris, IL 60450


Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604

Internal Revenue Service
Mail Stop 5010 CHI
230 S. Dearborn Street
Chicago, IL 60604


Jensen Rentals, Inc.
101 West Terra Cotta Ave.
Crystal Lake, IL 60014


John Casablanca Modeling/Career Ctr
1801 S. Meyers Rd
Villa Park, IL 60181


John's Water And Sewer Corp.
Debtor Address


Johns Sewer and Water Corp


Johns Sewer and Water Corp.
c/o Robt. Handler Assignee
205 W. Wacker Dr. #1818
Chicago, IL 60606-1429


Johns Sewer and Water Corp.
Debtors' address


Johns Sewer and Water Corp.
Debtors' address


Johns Sewer and Water Corp.


Keough & Moody PC
1250 E. Diehl Rd. #405
Naperville, IL 60563


Klein, Daday,Aretos & Donoghue
2550 W. Golf Rd. #250
Rolling Meadows, IL 60008


Kohls Payment Center/Capital One
P.O. Box 23043
Milwaukee, WI 53201

Kolodziej, Eisen & Fey
10061 W. Lincoln Hwy
Frankfort, IL 60423


L.U. 130 Contribution Account
1340 W. Washington Blvd.
Chicago, IL 60607


Laborers Chicago District Council


Laborers Pension & Welfare Fund
11465 W. Cermak Rd.
Westchester, IL 60154


Laborers Pension & Welfare Fund
111 W. Jackson Blvd., Suite 1415
Chicago, IL 60604


Laborers Pension and Welfare Fund
11465 Cermak Rd.
Westchester, IL 60154


Laborers Pension and Welfare Fund
11465 Cermak Rd.
Westchester, IL 60154


Laborers Pension and Welfare Fund
Patrick Wallace counsel
111 W. Jackson Blvd #1415
Chicago, IL 60604


Lake Shannon, Inc
18530 W. 3000N Rd.
Lot #308
Reddick, IL 60961


Lake Shannon, Inc.
18530 W. 3000N Road Lot 308
Reddick, IL 60961


Lake Shannon, Inc.
See Schedule D

Local 130
1340 W. Washington Blvd.
Chicago, IL 60607


M&M Orthopedics
Patient Accounts
4300 Commerce Ct. Drive, #230
Lisle, IL 60532


M. Cooper
8605 Spring Lake Drive
Mokena, IL 60448


Macy's
P.O. Box 8053
Mason, OH 45040


Midwest Chlorinating & Testing, Inc
420 S. Western Ave.
Bartlett, IL 60103


Midwest Operating Engineers
Welfare Fund
6150 Joliet Rd.
La Grange, IL 60525


NCO Financial Systems
507 Prudential Road
Horsham, PA 19044


Nelson, Watson & Associates
P.O. Box 1299
Haverhill, MA 01831


Nicor
P.O. Box 190
Aurora, IL 60507


Pattern Industries
4539 Solutions Center
Chicago, IL 60677


Plumber's Welfard Fund- Local 130
1340 W. Washington Blvd.
Chicago, IL 60607

Plumbers Welfare Fund, Local 130
20 North Clark Street, Suite 3200
Chicago, IL 60602

Progressive Financial Services
P.O. Box 22083
Tempe, AZ 85285

R&R Septic and Sewer Service
24451 Black Road
Shorewood, IL 60404

Roetazel and Andress LPA
20 No. Clark St.
Ste #3200
Chicago, IL 60607

Roughneck Concrete Drilling
8400 Lehigh Avenue
Morton Grove, IL 60053

Secretary of State
3701 Winchester Rd.
Springfield, IL 62707

SID KAMP Specialized
P.O. Box 67
Mokena, IL 60448

Sosin and Arnold LTD.
9501 W. 144th Pl. Ste. #205
Orland Park, IL 60462

Speedway, LLC
P.O. Box 740587
KY 42527

Sprint
P.O. Box 4181
Carol Stream, IL 60197

St. Mary Immaculate Religious Ed.
15629 S. Route 59
Plainfield, IL 60544

Staples Credit Plan
P.O. Box 689020
Des Moines, IA 50368

State Collection Services, Inc.
P.O. Box 6250
Madison, WI 53716

State Farm Insurance
2702 Ireland Grove Road
Bloomington, IL 61709

Sunbelt Rentals
P.O. Box 409211
Atlanta, GA 30384

Sunset Logistics
8 Proper Court
Lake in the Hills, IL 60156

Target National Bank
P.O. Box 9500
Minneapolis, MN 55440

Tee Time Lawn Care
23736 W. 119th Street
Plainfield, IL 60585

The Collins Law Firm P.C.
1770 N. Park St.
Ste. #200
Naperville, IL 60563

Transworld Systems, Inc.
P.O. Box 17221
Wilmington, DE 19850

Underground
P.O. Box 279
Plainfield, IL 60544

Union Plus Credit Card
Capital One, N.A.
P.O. Box 80027
Salinas, CA 93912

United Recovery Systems
P.O. Box 722929
Houston, TX 77072


Verizon Wireless
P.O. Box 11328
Saint Petersburg, FL 33733


Village of Plainfield
P.O. Box 1206
Bedford Park, IL 60499


Volvo Commercial Finance
P.O. Box 7247-0236
Philadelphia, PA 19170


Vulcan Construction Material
14999 Collections Drive
Chicago, IL 60693


Walgreens Take Care Health Systems
16760 Collections Care Center Dr.
Chicago, IL 60693


Waste Management
P.O. Box 4648
Carol Stream, IL 60197


Water Products Company of Aurora
P.O. Box 50
Aurora, IL 60507


West Chicago Photo Enforcement
75 Remittance Dr.
Ste. #6658
Chicago, IL 60675


Will County Collector
P.O. Box 5000
Joliet, IL 60434-5000


Will County Collector
P.O. Box 5000
Joliet, IL 60434-5000

Ziebell Water Service Products Inc.
2001 Pratt Blvd.
Elk Grove Village, IL 60007