UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| John C. Burke | § | Case No. 13-28021 |
| Erica R. Burke | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1.  A petition under chapter     of the United States Bankruptcy Code was filed on
    .  The undersigned trustee was appointed on                .

2.  The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3.  All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4.  The trustee realized gross receipts of                    $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]                    $

_____
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was                  and the deadline for filing governmental claims was                  . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $            . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $        as interim compensation and now requests a sum of $            , for a total compensation of $        [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $        , and now requests reimbursement for expenses of $        , for total expenses of $        [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

Case 13-28021   Doc 43   Filed 01/09/15   Entered 01/09/15 10:38:30   Desc Main
Document   Page 3 of 13

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 13-28021 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|

| Case Name: | John C. Burke | | Date Filed (f) or Converted (c): | 07/12/2013 (f) |
|---|---|---|---|---|
| | Erica R. Burke | | 341(a) Meeting Date: | 08/06/2013 |
| For Period Ending: | 12/22/2014 | | Claims Bar Date: | 12/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
| 1.  Location: 13024 Stellar Ln., Plainfield Il 60585 Debtors' Re | 380,000.00 | 0.00 | | 0.00 | FA |
| 2.  Location: 13024 Stellar Ln., Plainfield Il 60585 Cash On Han | 50.00 | 0.00 | | 0.00 | FA |
| 3.  Jp Morgan/Chase Bank Checking Account Ending In #622 | 128.00 | 0.00 | | 0.00 | FA |
| 4.  Location: 13024 Stellar Ln., Plainfield Il 60585 Living Room | 1,500.00 | 0.00 | | 0.00 | FA |
| 5.  Location: 13024 Stellar Ln., Plainfield Il 60585 Prints Of N | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Location: 13024 Stellar Ln., Plainfield Il 60585 Wearing App | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  Location: 13024 Stellar Ln., Plainfield Il 60585 Watches And | 500.00 | 0.00 | | 0.00 | FA |
| 8.  Location: 13024 Stellar Ln., Plainfield Il 60585 Used Sporti | 200.00 | 0.00 | | 0.00 | FA |
| 9.  Debtor Is Vested In Union Pension Plans With Laborer's Pensi | 0.00 | 0.00 | | 0.00 | FA |
| 10. Location: 13024 Stellar Ln., Plainfield Il 60585 40 Shares O | 1,437.00 | 0.00 | | 0.00 | FA |
| 11. Location: 13024 Stellar Ln., Plainfield Il 60585 100% Issued | 100.00 | 0.00 | | 0.00 | FA |
| 12. 100% Of Issued And Outstanding Stock Of Burke Leasing, Llc. | 0.00 | 0.00 | | 0.00 | FA |
| 13. 100% Of The Issued And Outstanding Shares Of Game Spiritware | 0.00 | 0.00 | | 0.00 | FA |
| 14. Location: 13024 Stellar Ln., Plainfield Il 60585 Two Four W | 500.00 | 500.00 | | 0.00 | FA |
| 15. 2004 Schmidt Mobile Home Model #M311022 Located At 113 Shann | 20,000.00 | 16,374.00 | | 0.00 | FA |
| 16. Location: 13024 Stellar Ln., Plainfield Il 60585 2000 Gmc Yu | 2,765.00 | 0.00 | | 0.00 | FA |
| 17. 2006 Correct Craft Model 206Ltd 18' boat with trailer | 10,000.00 | 0.00 | | 13,000.00 | FA |
| 18. Location: 13024 Stellar Ln., Plainfield Il 60585 Two Compute | 750.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $419,030.00 | $16,874.00 | | $13,000.00 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Debtor disclosed an interest in a boat and trailer; Trustee valued property in excess of any debt and intended to liquidate property; Debtor disputed value and marketability of property; Debtor and Trustee settled disputed in principal with Debtor buying estate's interest in the property.

Initial Projected Date of Final Report (TFR): 07/13/2014        Current Projected Date of Final Report (TFR): 07/13/2014

Exhibit A

Case 13-28021   Doc 43   Filed 01/09/15   Entered 01/09/15 10:38:30   Desc Main

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**
Document   Page 5 of 13

Exhibit B

Case No: 13-28021

Case Name: John C. Burke

Erica R. Burke

Taxpayer ID No: XX-XXX0983

For Period Ending: 12/22/2014

Trustee Name: Joji Takada, Chapter 7 Trustee

Bank Name: The Bank of New York Mellon

Account Number/CD#: XXXXXX8139

Checking

Blanket Bond (per case limit):

Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/14 | 17 | John Burke | Settlement payment Lump sum payment for Compromise re boat | 1129-000 | $13,000.00 | | $13,000.00 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $12.47 | $12,987.53 |

|  | | |
|---|---|---|
| COLUMN TOTALS | $13,000.00 | $12.47 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,000.00 | $12.47 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $12.47 |

| Page Subtotals: | $13,000.00 | $12.47 |
|---|---|---|

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Case 13-28021   Doc 43   Filed 01/09/15   Entered 01/09/15 10:38:30   Desc Main
Document      Page 6 of 13

Exhibit B

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8139 - Checking | $13,000.00 | $12.47 | $12,987.53 |
| | $13,000.00 | $12.47 | $12,987.53 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,000.00 |
| Total Gross Receipts: | $13,000.00 |

Page Subtotals:                    $0.00            $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-28021                                                                    Date: December 22, 2014
Debtor Name: John C. Burke
Claims Bar Date: 12/4/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100<br>2100 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $2,050.00 | $2,050.00 |
| 100<br>2200 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL  60646 | Administrative | | $0.00 | $14.24 | $14.24 |
| 2<br>280<br>5800 | Department Of The Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101 | Priority | | $0.00 | $339,922.73 | $339,922.73 |
| 1<br>300<br>7100 | Chicago Jurneymen Plumbers"<br>Local Union 130<br>C/O John F. Etzkorn, Arnold And Kadjan<br>203 N. Lasalle Street, Suite 1650<br>Chicago, Il 60601 | Unsecured | | $0.00 | $1,239.00 | $1,239.00 |
| 2<br>300<br>7100 | Department Of The Treasury<br>Internal Revenue Service<br>Po Box 7346<br>Philadelphia, Pa 19101 | Unsecured | | $0.00 | $18,676.94 | $20,548.83 |
| 3<br>300<br>7100 | Goode Industries Inc D/B/A M.<br>Cooper Supply<br>Sosin & Arnold Ltd<br>9501 W 44Th Place Ste 205<br>Orland Park, Il 60462 | Unsecured | | $0.00 | $18,210.92 | $18,210.92 |
| 4<br>300<br>7100 | Jensen Rentals, Inc.<br>101 West Terra Cotta Ave.<br>Crystal Lake, Il 60014 | Unsecured | | $0.00 | $1,537.50 | $1,537.50 |
| 5<br>300<br>7100 | American Infosource Lp As Agent For<br>Td Bank, Usa<br>Po Box 248866<br>Oklahoma City, Ok 73124-8866 | Unsecured | | $0.00 | $3,589.96 | $3,589.96 |
| 6<br>300<br>7100 | Ziebell Water Service Products Inc.<br>2001 Pratt Blvd.<br>Elk Grove Village, Il 60007 | Unsecured | | $0.00 | $1,097.00 | $1,097.00 |

UST Form 101-7-TFR (5/1/2011) *(Page: 7)*

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 13-28021                                                    Date: December 22, 2014
Debtor Name: John C. Burke
Claims Bar Date: 12/4/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 7 300 7100 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Unsecured | | $0.00 | $7,274.35 | $7,274.35 |
| 8 300 7100 | Component Precast Supply Inc Po Box 553 West Chicago, Il 60186 | Unsecured | | $0.00 | $140,477.92 | $140,477.92 |
| 9 300 7100 | N. A. Capital One Capital One, N.A. C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $2,544.74 | $2,544.74 |
| 10 300 7100 | Ecast Settlement Corporation, Assignee Of Chase Bank Usa, N.A. Pob 29262 New York, Ny 10087-9262 | Unsecured | | $0.00 | $8,818.44 | $8,818.44 |
| 11 300 7100 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $3,652.40 | $3,652.40 |
| 12 300 7100 | Fsb American Express Bank American Express Bank, Fsb C O Becket And Lee Llp Pob 3001 Malvern, Pa 19355-0701 | Unsecured | | $0.00 | $27,735.85 | $27,735.85 |
| 13 300 7100 | First Midwest Bank C/O The Collins Law Firm, P.C. 1770 Park Street, Suite 200 Naperville, Il 60563 | Unsecured | | $0.00 | $96,000.00 | $233,398.33 |
| 14 300 7100 | First Midwest Bank C/O The Collins Law Firm, P.C. 1770 Park Street, Suite 200 Naperville, Il 60563 | Unsecured | | $0.00 | $97,909.58 | $97,909.58 |
| 15 300 7100 | Ferguson Enterprises 884 S Rohlwing Rd Addison, Il 60101 | Unsecured | | $0.00 | $8,563.48 | $8,563.48 |

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Exhibit C

ANALYSIS OF CLAIMS REGISTER

Case Number: 13-28021                                                                          Date: December 22, 2014
Debtor Name: John C. Burke
Claims Bar Date: 12/4/2013

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 16<br>300<br>7100 | American Infosource Lp As Agent<br>For<br>Verizon<br>Po Box 248838<br>Oklahoma City, Ok 73124-8838 | Unsecured | | $0.00 | $2,106.49 | $2,106.49 |
| 17<br>300<br>7100 | Portfolio Recovery Associates, Llc<br>Successor To Capital One, N.A.<br>Pob 41067<br>Norfolk Va 23541 | Unsecured | | $0.00 | $7,666.33 | $7,666.33 |
| 18<br>300<br>7100 | American Infosource Lp As Agent<br>For<br>Directv, Llc<br>Mail Station N387<br>2230 E Imperial Hwy<br>El Segundo, Ca 90245 | Unsecured | | $0.00 | $794.71 | $794.71 |
| | Case Totals | | | $0.00 | $789,882.58 | $929,152.80 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

Printed: December 22, 2014

UST Form 101-7-TFR (5/1/2011) *(Page: 9)*

<br><br>

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 13-28021
Case Name: John C. Burke
                Erica R. Burke
Trustee Name: Joji Takada, Chapter 7 Trustee

Balance on hand                                        $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ | $ | $ |
| Trustee Expenses: Joji Takada | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses    $_____

Remaining Balance                                        $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $               must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department Of The Treasury | $ | $ | $ |

Total to be paid to priority creditors          $_____

Remaining Balance                               $_____


The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $          have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be      percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chicago Jurneymen Plumbers" Local Union 130 | $ | $ | $ |
| 2 | Department Of The Treasury | $ | $ | $ |
| 3 | Goode Industries Inc D/B/A M. Cooper Supply | $ | $ | $ |
| 4 | Jensen Rentals, Inc. | $ | $ | $ |
| 5 | American Infosource Lp As Agent For | $ | $ | $ |
| 6 | Ziebell Water Service Products Inc. | $ | $ | $ |
| 7 | N. A. Capital One Bank (Usa) | $ | $ | $ |
| 8 | Component Precast Supply Inc | $ | $ | $ |
| 9 | N. A. Capital One | $ | $ | $ |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Ecast Settlement Corporation, Assignee | $ | $ | $ |
| 11 | Fsb American Express Bank | $ | $ | $ |
| 12 | Fsb American Express Bank | $ | $ | $ |
| 13 | First Midwest Bank | $ | $ | $ |
| 14 | First Midwest Bank | $ | $ | $ |
| 15 | Ferguson Enterprises | $ | $ | $ |
| 16 | American Infosource Lp As Agent For | $ | $ | $ |
| 17 | Portfolio Recovery Associates, Llc | $ | $ | $ |
| 18 | American Infosource Lp As Agent For | $ | $ | $ |

Total to be paid to timely general unsecured creditors       $_____

Remaining Balance                                             $_____


Tardily filed claims of general (unsecured) creditors totaling $        have been allowed and will be paid _pro_ _rata_ only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be       percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE