**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re: § | Case No. 13-28021 |
| John C. Burke § | Chapter 7 |
| Erica R. Burke § | |
| Debtor(s) § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 2/20/2015
Time: 9:00 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 1/20/2015     By: /s/ Joji Takada
                                Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re: §
§
§
John C. Burke § Case No. 13-28021
Erica R. Burke §
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,000.00 |
| and approved disbursements of | $ | 12.47 |
| leaving a balance on hand of[1] | $ | 12,987.53 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: Joji Takada | $ 2,050.00 | $ 0.00 | $ 2,050.00 |
| Trustee Expenses: Joji Takada | $ 14.24 | $ 0.00 | $ 14.24 |
| Total to be paid for chapter 7 administrative expenses | | $ | 2,064.24 |
| Remaining Balance | | $ | 10,923.29 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 339,922.73 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 1)*

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | Department Of The Treasury | $ 339,922.73 | $ 0.00 | $ 10,923.29 |
| | Total to be paid to priority creditors | | | $ 10,923.29 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 587,165.83 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Chicago Jurneymen Plumbers" Local Union 130 | $ 1,239.00 | $ 0.00 | $ 0.00 |
| 2 | Department Of The Treasury | $ 20,548.83 | $ 0.00 | $ 0.00 |
| 3 | Goode Industries Inc D/B/A M. Cooper Supply | $ 18,210.92 | $ 0.00 | $ 0.00 |
| 4 | Jensen Rentals, Inc. | $ 1,537.50 | $ 0.00 | $ 0.00 |
| 5 | American Infosource Lp As Agent For | $ 3,589.96 | $ 0.00 | $ 0.00 |
| 6 | Ziebell Water Service Products Inc. | $ 1,097.00 | $ 0.00 | $ 0.00 |
| 7 | N. A. Capital One Bank (Usa) | $ 7,274.35 | $ 0.00 | $ 0.00 |
| 8 | Component Precast Supply Inc | $ 140,477.92 | $ 0.00 | $ 0.00 |
| 9 | N. A. Capital One | $ 2,544.74 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 10 | Ecast Settlement Corporation, Assignee | $ 8,818.44 | $ 0.00 | $ 0.00 |
| 11 | Fsb American Express Bank | $ 3,652.40 | $ 0.00 | $ 0.00 |
| 12 | Fsb American Express Bank | $ 27,735.85 | $ 0.00 | $ 0.00 |
| 13 | First Midwest Bank | $ 233,398.33 | $ 0.00 | $ 0.00 |
| 14 | First Midwest Bank | $ 97,909.58 | $ 0.00 | $ 0.00 |
| 15 | Ferguson Enterprises | $ 8,563.48 | $ 0.00 | $ 0.00 |
| 16 | American Infosource Lp As Agent For | $ 2,106.49 | $ 0.00 | $ 0.00 |
| 17 | Portfolio Recovery Associates, Llc | $ 7,666.33 | $ 0.00 | $ 0.00 |
| 18 | American Infosource Lp As Agent For | $ 794.71 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors    $ 0.00

Remaining Balance    $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
                        Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
John C. Burke  
Erica R. Burke  
    Debtors

Case No. 13-28021-BWB  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1   User: nmolina   Page 1 of 4   Date Rcvd: Jan 22, 2015  
                  Form ID: pdf002   Total Noticed: 138

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 24, 2015.

```
db          #+John C. Burke,    13024 Stellar Ln.,    Plainfield, IL 60585-4262
jdb          +Erica R. Burke,    13024 Stellar Ln.,    Plainfield, IL 60585-4262
20716968     +ACB Recovery,    P.O. Box 177,    Cincinnati, OH 45201-0177
20716969     +ACUITY,    2800 S. Taylor Drive,    Sheboygan, WI 53081-8474
20716971     +AEP Energy,    Dept. CH19346,    Palatine, IL 60055-0001
20716979     +AT&T Damages,    9247 N. Meridian Ste. 110,    Indianapolis, IN 46260-1813
20716967      Academic Endocrine,    201 Gary Avenue, Suite 240,    Wheaton, IL 60187
20716970     +Adventist Health Partners,    P.O. Box 7001,    Bolingbrook, IL 60440-7001
20716972     +Airgas North Central,    P.O. Box 802576,    Chicago, IL 60680-2576
20716973     +All Kids and Family Care,    P.O. Box 19121,    Springfield, IL 62794-9121
20716974     +American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
21094756      American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
21138466      American InfoSource LP as agent for,    Verizon,    PO Box 248838,
               Oklahoma City, OK  73124-8838
20994814      American InfoSource LP as agent for,    TD Bank, USA,    PO Box 248866,
               Oklahoma City, OK  73124-8866
21262017     +American InfoSource LP as agent for,    DIRECTV, LLC,    Mail Station N387,    2230 E Imperial Hwy,
               El Segundo, CA 90245-3504
20716975     +Ann & Robert H. Lurie,    P.O. Box 4051,    Carol Stream, IL 60197-4051
20716976     +Architectural Consulting Services,    870 W. Hillside St.,    Palatine, IL 60067-5925
20716977     +At The Spot,    24110 W. Hazelcrest Dr.,    Plainfield, IL 60544-3727
20716980     +B&V Landscaping,    1127 Grove Street,    Aurora, IL 60505-2919
20716981     +Banfield Pet Hospital,    2775 Plainfield Road,    Joliet, IL 60435-1166
20716982      Bank of America,    PO Box 5170,    Simi Valley, CA 93062-5170
20716983     +Bay Area Credit Service,    1000 Abernathy Road NE, Suite 195,    Atlanta, GA 30328-5612
20716984     +Blue Tech Printing,    12249 S. Rea Dr., Ste. 5,    Plainfield, IL 60585-9587
20716985     +BlueStar,    Dept. CH 19346,    Palatine, IL 60055-0001
20716986     +Bull's Eye Boring Inc.,    3220 21st. Street,    Zion, IL 60099-1428
20716987     +C&M Pine Supply Co.,    19800 Stoney Island Ave.,    Chicago Heights, IL 60411-8671
20716991     +CCB Credit Payment & Correspondence,    P.O. Box 272,    Springfield, IL 62705-0272
20716988     +Cadence Health,    25960 Network Place,    Chicago, IL 60673-1259
21053709    +++Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
               Charlotte, NC  28272-1083
20716989     +Capital One Services LLC,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
21077125      Capital One, N.A.,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
20716990      Capital Recovery Systems, Inc.,    750 Gross Point Rd,    Ste. #5,    Columbus, OH 43230-6693
20716992     +Central DuPage Hospital,    25 North Winfield Road,    Winfield, IL 60190-1295
20716993     +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
20716994     +Chase Card Services,    P.O. Box 15298,    Wilmington, DE 19850-5298
20716995     +Chase Health Advance,    P.O. Box 1573,    Phoenix, AZ 85001-1573
20716996     +Chicago Center for Torah & Chesed,    6333 N. Troy,    Chicago, IL 60659-1413
20789834     +Chicago Jurneymen Plumbers' Local Union 130,    c/o John F. Etzkorn, Arnold and Kadjan,
               203 N. LaSalle Street, Suite 1650,    Chicago, IL 60601-1257
20716997     +Chicago Local Union 130,    1340 W. Washington Blvd.,    Chicago, IL 60607-2131
20716998     +Clerk- Circuit Court Livingston Cty,    110 N. Main St.,    Pontiac, IL 61764-1904
20716999     +Clerk- Will County Circuit Court,    14 W. Jefferson St.,    Joliet, IL 60432-4300
20717000     +Columbia Pipe & Supply,    23671 Network Place,    Chicago, IL 60673-1236
20717001     +Columbia Pipe and Supply Co.,    1803 Moen Av.,    Rockdale, IL 60436-9323
20717006    +++Component Precast Supply Inc,    PO Box 553,    West Chicago, IL 60186-0553
20717008     +Construction Industry Research &,    Service Trust Fund,    6170 Joliet Rd.,
               Countryside, IL 60525-3976
20717011     +Cross Point Sales,    3158 S. State St.,    Lockport, IL 60441-5041
20717012     +Cyber Broadcasting LLC,    680 S. Broadway St.,    Coal City, IL 60416-1706
20717013     +D&B,    75 Remittance Drive, Suite 1793,    Chicago, IL 60675-1793
20717015    ++DIRECTV LLC,    ATTN BANKRUPTCIES,    PO BOX 6550,    GREENWOOD VILLAGE CO 80155-6550
              (address filed with court: Direct TV,    P.O. Box 6550,    Englewood, CO 80155)
20717016     +DSNB Federated Retail Holdings,    111 Boulder Industrial Dr.,    Bridgeton, MO 63044-1241
20717041    +++Department of the Treasury,    Internal Revenue Service,    PO Box 7346,
               Philadelphia, PA 19101-7346
20717014     +Diamond Cut Concrete Cutters, Inc.,    327 Ferndale Ave.,    Elmhurst, IL 60126-2101
20717017      Ed Siebert Trucking Service, Inc.,    8748 S. IL RTE 53,    Naperville, IL 60567
20717018     +Elmhurst Chicago Stone Company,    400 W. First Street,    P.O. Box 57,    Elmhurst, IL 60126-0057
20717019   ++++FARMSTONE RIDGE HOMEOWNERS ASSOC,    C/O HSR PROPERTY SERVICES INC,    7500 191ST ST,
               TINLEY PARK IL  60487-9409
              (address filed with court: Farmstone Ridge Homeowners Assoc,    c/o HSR Property Services Inc,
               7501 W/ 191st St. Ste. #1E,    Tinley Park, IL 60487)
20717020     +FedEx,    P.O. Box 94515,    Palatine, IL 60094-4515
20717021      Feece Oil Company,    700 Hubbard Ave.,    Batavia, IL 60510
20717022     +Ferguson Enterprises,    884 S Rohlwing Rd,    Addison, IL 60101-4218
21099350     +First Midwest Bank,    c/o The Collins Law Firm, P.C.,    1770 Park Street, Suite 200,
               Naperville, IL 60563-1245
20717026     +Firstsource Advantage, LLC,    205 Bryant Woods South,    Buffalo, NY 14228-3609
20717027     +Ford Credit,    P.O. Box 1106,    Westmont, IL 60559-8306
```

```
District/off: 0752-1                  User: nmolina                 Page 2 of 4                  Date Rcvd: Jan 22, 2015
                                      Form ID: pdf002               Total Noticed: 138


20717028       +++Goode Industries Inc d/b/a M. Cooper Supply,    Sosin & Arnold Ltd,    9501 W 44th Place Ste 205,
                 Orland Park, IL 60462
20717029        +Grade Beam,    1405 Lake Cook Road,    Deerfield, IL 60015-5213
20717030        +Grotevant & Huber,    P.O. Box 2449,    Kankakee, IL 60901-1549
20717032        +HD Supply Waterworks,    P.O. Box 91036,    Chicago, IL 60693-1036
20717033        +Heavner, Scott, Beyers and Mihlar,,    P.O. Box 740,    Decatur, IL 62525-0740
20717034        +Hicks Gas,    P.O. Box 219,    Braidwood, IL 60408-0219
20717037       ++ILLINOIS DEPARTMENT OF REVENUE,     BANKRUPTCY DEPARTMENT,    P O BOX 64338,
                 CHICAGO IL 60664-0338
                (address filed with court:  Illinois Department of Revenue,     Bankruptcy Section Level 7-425,
                 100 W. Randolph Street,    Chicago, IL 60602)
20717036        +Illinois Bell Telephone/AT&T Illino,    c/o Bleedker, Brody and Andrews,
                 9247 N. Meridian St. #101,    Indianapolis, IN 46260-1813
20717039        +Illinois Tollway Authority,    2700 Ogden Av.,    Downers Grove, IL 60515-1703
20717040        +Illinois Truck & Equipment,    320 Briscoe Drive,    Morris, IL 60450-6854
20717043       +++Jensen Rentals, Inc.,    101 West Terra Cotta Ave.,    Crystal Lake, IL 60014-3507
20717044        +John Casablanca Modeling/Career Ctr,    1801 S. Meyers Rd,    Villa Park, IL 60181-5242
20717047         Johns Sewer and Water Corp.,     c/o Robt. Handler Assignee,    205 W. Wacker Dr. #1818,
                 Chicago, IL 60606-1429
20717051        +Keough & Moody PC,    1250 E. Diehl Rd. #405,    Naperville, IL 60563-9389
20717052        +Klein, Daday,Aretos & Donoghue,    2550 W. Golf Rd. #250,    Rolling Meadows, IL 60008-4014
20717053         Kohls Payment Center/Capital One,    P.O. Box 23043,    Milwaukee, WI 53201
20717054        +Kolodziej, Eisen & Fey,    10061 W. Lincoln Hwy,    Frankfort, IL 60423-1272
20717055        +L.U. 130 Contribution Account,    1340 W. Washington Blvd.,    Chicago, IL 60607-1980
20717057        +Laborers Pension & Welfare Fund,    11465 W. Cermak Rd.,    Westchester, IL 60154-5771
20717058        +Laborers Pension & Welfare Fund,    111 W. Jackson Blvd., Suite 1415,    Chicago, IL 60604-3868
20717059        +Laborers Pension and Welfare Fund,    11465 Cermak Rd.,    Westchester, IL 60154-5771
20717061        +Laborers Pension and Welfare Fund,    Patrick Wallace counsel,    111 W. Jackson Blvd #1415,
                 Chicago, IL 60604-3868
20717062        +Lake Shannon, Inc,    18530 W. 3000N Rd.,    Lot #308,    Reddick, IL 60961-8086
20717063        +Lake Shannon, Inc.,    18530 W. 3000N Road Lot 308,    Reddick, IL 60961-8086
20717065        +Local 130,    1340 W. Washington Blvd.,    Chicago, IL 60607-2131
20717066        +M&M Orthopedics,    Patient Accounts,    4300 Commerce Ct. Drive, #230,    Lisle, IL 60532-3698
20717067        +M. Cooper,    8605 Spring Lake Drive,    Mokena, IL 60448-8164
20717068        +Macy's,    P.O. Box 8053,    Mason, OH 45040-8053
20717069        +Midwest Chlorinating & Testing, Inc,    420 S. Western Ave.,    Bartlett, IL 60103-4579
20717070        +Midwest Operating Engineers,    Welfare Fund,    6150 Joliet Rd.,    La Grange, IL 60525-3956
22689548        +Nationstar Mortgage, LLC    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
                 Chicago, IL 60602-4373
21199953       ++PORTFOLIO RECOVERY ASSOCIATES LLC,     PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court:  Portfolio Recovery Associates, LLC,     successor to CAPITAL ONE, N.A.,
                 POB 41067,    Norfolk VA 23541)
20717074        +Pattern Industries,    4539 Solutions Center,    Chicago, IL 60677-4005
20717075        +Plumber's Welfard Fund- Local 130,    1340 W. Washington Blvd.,    Chicago, IL 60607-1986
20717076        +Plumbers Welfare Fund, Local 130,    20 North Clark Street, Suite 3200,    Chicago, IL 60602-5093
20717077        +Progressive Financial Services,    P.O. Box 22083,    Tempe, AZ 85285-2083
20717078        +R&R Septic and Sewer Service,    24451 Black Road,    Shorewood, IL 60404-9698
20717080        +Roughneck Concrete Drilling,    8400 Lehigh Avenue,    Morton Grove, IL 60053-2617
20717082        +SID KAMP Specialized,    P.O. Box 67,    Mokena, IL 60448-0067
20717081        +Secretary of State,    3701 Winchester Rd.,    Springfield, IL 62707-9700
20717083        +Sosin and Arnold LTD.,    9501 W. 144th Pl. Ste. #205,    Orland Park, IL 60462-2563
20717086        +St. Mary Immaculate Religious Ed.,    15629 S. Route 59,    Plainfield, IL 60544-2695
20717087        +Staples Credit Plan,    P.O. Box 689020,    Des Moines, IA 50368-9020
20717088        +State Collection Services, Inc.,    P.O. Box 6250,    Madison, WI 53716-0250
20717090        +Sunbelt Rentals,    P.O. Box 409384,    Atlanta, GA 30384-9211
20717091        +Sunset Logistics,    8 Proper Court,    Lake in the Hills, IL 60156-9601
20717092        +Target National Bank,    P.O. Box 9500,    Minneapolis, MN 55440-9500
20717093        +Tee Time Lawn Care,    23736 W. 119th Street,    Plainfield, IL 60585-9543
20717094        +The Collins Law Firm P.C.,    1770 N. Park St.,    Ste. #200,    Naperville, IL 60563-5432
20717095        +Transworld Systems, Inc.,    P.O. Box 17221,    Wilmington, DE 19850-7221
20717096        +Underground,    P.O. Box 279,    Plainfield, IL 60544-0279
20717097        +Union Plus Credit Card,    Capital One, N.A.,    P.O. Box 80027,    Salinas, CA 93912-0027
20717099        +Verizon Wireless,    P.O. Box 11328,    Saint Petersburg, FL 33733-1328
20717100        +Village of Plainfield,    P.O. Box 1206,    Bedford Park, IL 60499-1206
20717101        +Volvo Commercial Finance,    P.O. Box 7247-0236,    Philadelphia, PA 19170-0001
20717102        +Vulcan Construction Material,    14999 Collections Drive,    Chicago, IL 60693-0001
20717103        +Walgreens Take Care Health Systems,    16760 Collections Care Center Dr.,
                 Chicago, IL 60693-0167
20717104        +Waste Management,    P.O. Box 4648,    Carol Stream, IL 60197-4648
20717106        +West Chicago Photo Enforcement,    75 Remittance Dr.,    Ste. #6658,    Chicago, IL 60675-6658
20717107         Will County Collector,    P.O. Box 5000,    Joliet, IL 60434-5000
20717109        +Ziebell Water Service Products Inc.,    2001 Pratt Blvd.,    Elk Grove Village, IL 60007-5987
21080922         eCAST Settlement Corporation, assignee,    of Chase Bank USA, N.A.,    POB 29262,
                 New York, NY 10087-9262
```

```
District/off: 0752-1                  User: nmolina                 Page 3 of 4                  Date Rcvd: Jan 22, 2015
                                      Form ID: pdf002               Total Noticed: 138
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
20716978      +E-mail/Text: g17768@att.com Jan 23 2015 01:30:54      AT&T,    P.O. Box 5080,
               Carol Stream, IL 60197-5080
20717003      +E-mail/Text: legalcollections@comed.com Jan 23 2015 01:33:29      Com Ed,    P.O. Box 6111,
               Carol Stream, IL 60197-6111
20717005      +E-mail/Text: GCR_CCBankruptcies@cable.comcast.com Jan 23 2015 01:32:13      Comcast,
               155 Industrial Drive,    Elmhurst, IL 60126-1618
20717010      +E-mail/Text: clerical.department@yahoo.com Jan 23 2015 01:30:49       Creditors Collection Bureau,
               P.O. Box 63,    Kankakee, IL 60901-0063
20717024      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 23 2015 01:32:42       First Midwest Bank,
               One Pierce Pl.,    Suite 1500,    Itasca, IL 60143-1254
20717025      +E-mail/Text: fmb.bankruptcy@firstmidwest.com Jan 23 2015 01:32:42       First Midwest Bank,
               P.O. Box 9003,    Gurnee, IL 60031-9003
20717035      +E-mail/Text: bankruptcy@icsystem.com Jan 23 2015 01:33:12      IC Systems,    444 Highway 96 East,
               Saint Paul, MN 55127-2557
20717042       E-mail/Text: cio.bncmail@irs.gov Jan 23 2015 01:31:23      Internal Revenue Service,
               Mail Stop 5010 CHI,    230 S. Dearborn Street,    Chicago, IL 60604
20717071      +E-mail/Text: bankruptcydepartment@ncogroup.com Jan 23 2015 01:32:35       NCO Financial Systems,
               507 Prudential Road,    Horsham, PA 19044-2368
20717072      +E-mail/Text: gmdunn@cbecompanies.com Jan 23 2015 01:32:55      Nelson, Watson & Associates,
               P.O. Box 1299,    Haverhill, MA 01831-1799
20717073      +E-mail/Text: bankrup@aglresources.com Jan 23 2015 01:30:40      Nicor,    P.O. Box 190,
               Aurora, IL 60507-0190
20717085       E-mail/Text: appebnmailbox@sprint.com Jan 23 2015 01:32:02      Sprint,    P.O. Box 4181,
               Carol Stream, IL 60197
20717089      +E-mail/Text: home.fss-bankruptcy.934c00@statefarm.com Jan 23 2015 01:32:43
               State Farm Insurance,    2702 Ireland Grove Road,    Bloomington, IL 61709-0002
20717098      +E-mail/Text: bnc@ursi.com Jan 23 2015 01:31:00      United Recovery Systems,    P.O. Box 722929,
               Houston, TX 77272-2929
20717105      +E-mail/Text: paul@waterproductscompany.com Jan 23 2015 01:30:50
               Water Products Company of Aurora,    P.O. Box 50,    Aurora, IL 60507-0050
                                                                                               TOTAL: 15

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
20717023       First Midwest Bank,   One Pierce Place,   Suite #1500
20717045       John's Water And Sewer Corp.,   Debtor Address
20717046       Johns Sewer and Water Corp
20717050       Johns Sewer and Water Corp.
20717048       Johns Sewer and Water Corp.,   Debtors' address
20717049       Johns Sewer and Water Corp.,   Debtors' address
20717056       Laborers Chicago District Council
20717064       Lake Shannon, Inc.,   See Schedule D
20717084       Speedway, LLC,   P.O. Box 740587,   KY 42527
21094757*      American Express Bank, FSB,   c o Becket and Lee LLP,    POB 3001,   Malvern, PA 19355-0701
20717004*     +Com Ed,   P.O. Box 6111,   Carol Stream, IL 60197-6111
20717031*     +Grotevant & Huber,   P.O. Box 2449,   Kankakee, IL 60901-1549
20717038*    ++ILLINOIS DEPARTMENT OF REVENUE,   BANKRUPTCY DEPARTMENT,    P O BOX 64338,
               CHICAGO IL 60664-0338
              (address filed with court:  Illinois Department of Revenue,    Bankruptcy Section Level 7-425,
               100 W. Randolph Street,   Chicago, IL 60602)
20717060*     +Laborers Pension and Welfare Fund,    11465 Cermak Rd.,   Westchester, IL 60154-5771
20717108*      Will County Collector,   P.O. Box 5000,   Joliet, IL 60434-5000
20716966     ##+AAT Pipeline Testing, Inc.,   2024 Rt. 176,    Crystal Lake, IL 60014-2216
20717002     ##+Columbian Agency,   P.O. Box 39,   New Lenox, IL 60451-0039
20717007     ##+Concrete Specialties Company,   P.O. Box 7369,    Romeoville, IL 60446-7269
20717009     ##+Country Gas Compant,   P.O. Box 269,   Wasco, IL 60183-0269
20717079     ##+Roetazel and Andress LPA,   20 No. Clark St.,    Ste #3200,   Chicago, IL 60602-5093
                                                                                               TOTALS: 9, * 6, ## 5
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

```
District/off: 0752-1          User: nmolina              Page 4 of 4                  Date Rcvd: Jan 22, 2015
                              Form ID: pdf002            Total Noticed: 138
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 24, 2015                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 22, 2015 at the address(es) listed below:
              Andrew J Nelson     on behalf of Creditor    NATIONSTAR MORTGAGE, LLC anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Dawn L. Moody    on behalf of Creditor    Farmstone Ridge Home Owners Association dlm@kmlegal.com,
               lsg@kmlegal.com
              Joji  Takada     trustee@takadallc.com,   jtakada@ecf.epiqsystems.com
              Joji  Takada    on behalf of Trustee Joji  Takada trustee@takadallc.com,
               jtakada@ecf.epiqsystems.com
              Kent A Gaertner    on behalf of Joint Debtor Erica R. Burke kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Kent A Gaertner    on behalf of Debtor John C. Burke kgaertner@springerbrown.com,
               kgaertner@springerbrown.com;jkrafcisin@springerbrown.com
              Megan A Drefchinski     on behalf of Creditor    First Midwest Bank mdrefchinski@collinslaw.com,
               ktaylor@collinslaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Patrick T. Wallace    on behalf of Creditor    Laborers' Pension Fund wallace.patrick@gmail.com,
               fundcounsel@gmail.com
              Patrick T. Wallace    on behalf of Creditor    Laborers' Welfare Fund of the Health and Welfare
               Department of the Construction and General Laborers' District Council of Chicago and Vicinity
               wallace.patrick@gmail.com,  fundcounsel@gmail.com
                                                                                              TOTAL: 10
```