## UNITED STATES BANKRUPTCY COURT
### DISTRICT OF
### DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| John C. Burke | § | Case No. 13-28021 |
| Erica R. Burke | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Joji Takada, Chapter 7 Trustee          , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $          (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on          .  The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/Joji Takada, Chapter 7 Trustee _____
                                                                                          Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank of America PO Box 5170 Simi Valley, CA 93062-5170 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Farmstone Ridge Homeowners Assoc c/o HSR Property Services Inc 7501 W/ 191st St.  Ste. #1E Tinley Park, IL 60487 | | | | | |
| | First Midwest Bank One Pierce Place Suite #1500 | | | | | |
| | Goode Industries Inc./M. Cooper Sup 8605 Spring Lake Dr. Mokena, IL 60448 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Lake Shannon, Inc 18530 W. 3000N Rd. Lot #308 Reddick, IL 60961 | | | | | |
| | Plumber's Welfard Fund- Local 130 1340 W. Washington Blvd. Chicago, IL 60607 | | | | | |
| | Will County Collector P.O. Box 5000 Joliet, IL 60434-5000 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Will County Collector P.O. Box 5000 Joliet, IL 60434-5000 | | | | | |
| **TOTAL SECURED CLAIMS** | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Construction Industry Research & Service Trust Fund 6170 Joliet Rd. Countryside, IL 60525-4093 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Internal Revenue Service Mail Stop 5010 CHI 230 S. Dearborn Street Chicago, IL 60604 | | | | | |
| | Laborers Pension and Welfare Fund 11465 Cermak Rd. Westchester, IL 60154 | | | | | |
| 2 | Department Of The Treasury | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AAT Pipeline Testing, Inc. 2024 Rt. 176 Crystal Lake, IL 60014 | | | | | |
| | Academic Endoctrine 201 Gary Avenue, Suite 240 Wheaton, IL 60187 | | | | | |
| | ACUITY 2800 S. Taylor Drive Sheboygan, WI 53081 | | | | | |
| | Adventist Health Partners P.O. Box 7001 Bolingbrook, IL 60440 | | | | | |
| | AEP Energy Dept. CH19346 Palatine, IL 60055 | | | | | |
| | Airgas North Central P.O. Box 802576 Chicago, IL 60680 | | | | | |
| | All Kids and Family Care P.O. Box 19121 Springfield, IL 62794 | | | | | |
| | American Express P.O. Box 981535 El Paso, TX 79998 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ann & Robert H. Lurie P.O. Box 4051 Carol Stream, IL 60197 | | | | | |
| | Architectural Consulting Services 870 W. Hillside St. Palatine, IL 60067 | | | | | |
| | At The Spot 24110 W. Hazelcrest Dr. Plainfield, IL 60544 | | | | | |
| | AT&T Damages 9247 N. Meridian Ste. 110 Indianapolis, IN 46260 | | | | | |
| | AT&T P.O. Box 5080 Carol Stream, IL 60197 | | | | | |
| | B&V Landscaping 1127 Grove Street Aurora, IL 60505 | | | | | |
| | Banfield Pet Hospital 2775 Plainfield Road Joliet, IL 60435 | | | | | |
| | Blue Tech Printing 12249 S. Rea Dr., Ste. 5 Plainfield, IL 60544 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | BlueStar Dept. CH 19346 Palatine, IL 60055 | | | | | |
| | Bull's Eye Boring Inc. 3220 21st. Street Zion, IL 60099 | | | | | |
| | C&M Pine Supply Co. 19800 Stoney Island Ave. Chicago Heights, IL 60411 | | | | | |
| | Capital One Services LLC P.O. Box 30285 Salt Lake City, UT 84130 | | | | | |
| | Central DuPage Hospital 25 North Winfield Road Winfield, IL 60190 | | | | | |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Card Services P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Health Advance P.O. Box 1573 Phoenix, AZ 85001 | | | | | |
| | Chicago Center for Torah & Chesed 6333 N. Troy Chicago, IL 60659 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chicago Local Union 130 1340 W. Washington Blvd. Chicago, IL 60607 | | | | | |
| | Clerk- Circuit Court Livingston Cty 110 N. Main St. Pontiac, IL 61764 | | | | | |
| | Clerk- Will County Circuit Court 14 W. Jefferson St. Joliet, IL 60432 | | | | | |
| | Columbia Pipe & Supply 23671 Network Place Chicago, IL 60673 | | | | | |
| | Columbia Pipe and Supply Co. 1803 Moen Av. Rockdale, IL 60436 | | | | | |
| | Columbian Agency P.O. Box 39 New Lenox, IL 60451 | | | | | |
| | Com Ed P.O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | Com Ed P.O. Box 6111 Carol Stream, IL 60197 | | | | | |
| | Comcast 155 Industrial Drive Elmhurst, IL 60126 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Component Precase P.O. Box 553 West Chicago, IL 60185 | | | | | |
| | Concrete Specialties Company P.O. Box 7369 Romeoville, IL 60446 | | | | | |
| | Country Gas Compant P.O. Box 269 Wasco, IL 60183 | | | | | |
| | Cross Point Sales 3158 S. State St. Lockport, IL 60441 | | | | | |
| | Cyber Broadcasting LLC 680 S. Broadway St. Coal City, IL 60416 | | | | | |
| | D&B 75 Remittance Drive, Suite 1793 Chicago, IL 60675 | | | | | |
| | Diamond Cut Concrete Cutters, Inc. 327 Ferndale Ave. Elmhurst, IL 60126 | | | | | |
| | Direct TV P.O. Box 6550 Englewood, CO 80155 | | | | | |
| | DSNB Federated Retail Holdings 111 Boulder Industrial Dr. Bridgeton, MO 63044 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ed Siebert Trucking Service, Inc. 8748 S. IL RTE 53 Naperville, IL 60567 | | | | | |
| | Elmhurst Chicago Stone Company 400 W. First Street P.O. Box 57 Elmhurst, IL 60126 | | | | | |
| | FedEx P.O. Box 94515 Palatine, IL 60094 | | | | | |
| | Feece Oil Company 700 Hubbard Ave. Batavia, IL 60510 | | | | | |
| | Ferguson Enterprises, Inc. P.O. Box 802817 Chicago, IL 60680 | | | | | |
| | First Midwest Bank One Pierce Pl. Suite 1500 Itasca, IL 60143 | | | | | |
| | First Midwest Bank P.O. Box 9003 Gurnee, IL 60031 | | | | | |
| | Ford Credit P.O. Box 1106 Westmont, IL 60559 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Grade Beam 1405 Lake Cook Road Deerfield, IL 60015 | | | | | |
| | HD Supply Waterworks P.O. Box 91036 Chicago, IL 60693 | | | | | |
| | Hicks Gas P.O. Box 219 Braidwood, IL 60408 | | | | | |
| | Illinois Bell Telephone/AT&T Illino c/o Bleedker, Brody and Andrews 9247 N. Meridian St. #101 Indianapolis, IN 46260 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |
| | Illinois Tollway Authority 2700 Ogden Av. Downers Grove, IL 60515 | | | | | |
| | Illinois Truck & Equipment 320 Briscoe Drive Morris, IL 60450 | | | | | |
| | Jensen Rentals, Inc. 101 West Terra Cotta Ave. Crystal Lake, IL 60014 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | John Casablanca Modeling/Career Ctr 1801 S. Meyers Rd Villa Park, IL 60181 | | | | | |
| | Kohls Payment Center/Capital One P.O. Box 23043 Milwaukee, WI 53201 | | | | | |
| | Kolodziej, Eisen & Fey 10061 W. Lincoln Hwy Frankfort, IL 60423 | | | | | |
| | L.U. 130 Contribution Account 1340 W. Washington Blvd. Chicago, IL 60607 | | | | | |
| | Laborers Chicago District Council | | | | | |
| | Laborers Pension & Welfare Fund 111 W. Jackson Blvd., Suite 1415 Chicago, IL 60604 | | | | | |
| | Laborers Pension & Welfare Fund 11465 W. Cermak Rd. Westchester, IL 60154 | | | | | |
| | Laborers Pension and Welfare Fund 11465 Cermak Rd. Westchester, IL 60154 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Lake Shannon, Inc. 18530 W. 3000N Road Lot 308 Reddick, IL 60961 | | | | | |
| | Local 130 1340 W. Washington Blvd. Chicago, IL 60607 | | | | | |
| | M&M Orthopedics Patient Accounts 4300 Commerce Ct. Drive, #230 Lisle, IL 60532 | | | | | |
| | M. Cooper 8605 Spring Lake Drive Mokena, IL 60448 | | | | | |
| | Macy's P.O. Box 8053 Mason, OH 45040 | | | | | |
| | Midwest Chlorinating & Testing, Inc 420 S. Western Ave. Bartlett, IL 60103 | | | | | |
| | Midwest Operating Engineers Welfare Fund 6150 Joliet Rd. La Grange, IL 60525 | | | | | |
| | Nicor P.O. Box 190 Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Pattern Industries 4539 Solutions Center Chicago, IL 60677 | | | | | |
| | Plumbers Welfare Fund, Local 130 20 North Clark Street, Suite 3200 Chicago, IL 60602 | | | | | |
| | R&R Septic and Sewer Service 24451 Black Road Shorewood, IL 60404 | | | | | |
| | Roughneck Concrete Drilling 8400 Lehigh Avenue Morton Grove, IL 60053 | | | | | |
| | Secretary of State 3701 Winchester Rd. Springfield, IL 62707 | | | | | |
| | SID KAMP Specialized P.O. Box 67 Mokena, IL 60448 | | | | | |
| | Speedway, LLC P.O. Box 740587 KY 42527 | | | | | |
| | Sprint P.O. Box 4181 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | St. Mary Immaculate Religious Ed. 15629 S. Route 59 Plainfield, IL 60544 | | | | | |
| | Staples Credit Plan P.O. Box 689020 Des Moines, IA 50368 | | | | | |
| | State Farm Insurance 2702 Ireland Grove Road Bloomington, IL 61709 | | | | | |
| | Sunbelt Rentals P.O. Box 409211 Atlanta, GA 30384 | | | | | |
| | Sunset Logistics 8 Proper Court Lake in the Hills, IL 60156 | | | | | |
| | Target National Bank P.O. Box 9500 Minneapolis, MN 55440 | | | | | |
| | Tee Time Lawn Care 23736 W. 119th Street Plainfield, IL 60585 | | | | | |
| | Underground P.O. Box 279 Plainfield, IL 60544 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Union Plus Credit Card Capital One, N.A. P.O. Box 80027 Salinas, CA 93912 | | | | | |
| | Verizon Wireless P.O. Box 11328 Saint Petersburg, FL 33733 | | | | | |
| | Village of Plainfield P.O. Box 1206 Bedford Park, IL 60499 | | | | | |
| | Volvo Commercial Finance P.O. Box 7247-0236 Philadelphia, PA 19170 | | | | | |
| | Vulcan Construction Material 14999 Collections Drive Chicago, IL 60693 | | | | | |
| | Walgreens Take Care Health Systems 16760 Collections Care Center Dr. Chicago, IL 60693 | | | | | |
| | Waste Management P.O. Box 4648 Carol Stream, IL 60197 | | | | | |
| | Water Products Company of Aurora P.O. Box 50 Aurora, IL 60507 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | West Chicago Photo Enforcement 75 Remittance Dr. Ste. #6658 Chicago, IL 60675 | | | | | |
| | Ziebell Water Service Products Inc. 2001 Pratt Blvd. Elk Grove Village, IL 60007 | | | | | |
| 16 | American Infosource Lp As Agent For | | | | | |
| 18 | American Infosource Lp As Agent For | | | | | |
| 5 | American Infosource Lp As Agent For | | | | | |
| 1 | Chicago Jurneymen Plumbers" Local Union 130 | | | | | |
| 8 | Component Precast Supply Inc | | | | | |
| 2 | Department Of The Treasury | | | | | |
| 10 | Ecast Settlement Corporation, Assignee | | | | | |
| 15 | Ferguson Enterprises | | | | | |
| 13 | First Midwest Bank | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14 | First Midwest Bank | | | | | |
| 11 | Fsb American Express Bank | | | | | |
| 12 | Fsb American Express Bank | | | | | |
| 3 | Goode Industries Inc D/B/A M. Cooper Supply | | | | | |
| 4 | Jensen Rentals, Inc. | | | | | |
| 9 | N. A. Capital One | | | | | |
| 7 | N. A. Capital One Bank (Usa) | | | | | |
| 17 | Portfolio Recovery Associates, Llc | | | | | |
| 6 | Ziebell Water Service Products Inc. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 13-28021 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | John C. Burke | | | | Date Filed (f) or Converted (c): | 07/12/2013 (f) |
| | Erica R. Burke | | | | 341(a) Meeting Date: | 08/06/2013 |
| For Period Ending: | 04/14/2015 | | | | Claims Bar Date: | 12/04/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description<br>(Scheduled and Unscheduled (u) Property) | Petition/<br>Unscheduled<br>Values | Est Net Value<br>(Value Determined by<br>Trustee, Less Liens,<br>Exemptions,<br>and Other Costs) | Property Formally<br>Abandoned<br>OA=554(a) | Sale/Funds<br>Received by<br>the Estate | Asset Fully<br>Administered (FA)/<br>Gross Value of Remaining<br>Assets |
| 1.  Location: 13024 Stellar Ln., Plainfield Il 60585 Debtors' Re | 380,000.00 | 0.00 | | 0.00 | FA |
| 2.  Location: 13024 Stellar Ln., Plainfield Il 60585 Cash On Han | 50.00 | 0.00 | | 0.00 | FA |
| 3.  Jp Morgan/Chase Bank Checking Account Ending In #622 | 128.00 | 0.00 | | 0.00 | FA |
| 4.  Location: 13024 Stellar Ln., Plainfield Il 60585 Living Room | 1,500.00 | 0.00 | | 0.00 | FA |
| 5.  Location: 13024 Stellar Ln., Plainfield Il 60585 Prints Of N | 100.00 | 0.00 | | 0.00 | FA |
| 6.  Location: 13024 Stellar Ln., Plainfield Il 60585 Wearing App | 1,000.00 | 0.00 | | 0.00 | FA |
| 7.  Location: 13024 Stellar Ln., Plainfield Il 60585 Watches And | 500.00 | 0.00 | | 0.00 | FA |
| 8.  Location: 13024 Stellar Ln., Plainfield Il 60585 Used Sporti | 200.00 | 0.00 | | 0.00 | FA |
| 9.  Debtor Is Vested In Union Pension Plans With Laborer's Pensi | 0.00 | 0.00 | | 0.00 | FA |
| 10.  Location: 13024 Stellar Ln., Plainfield Il 60585 40 Shares O | 1,437.00 | 0.00 | | 0.00 | FA |
| 11.  Location: 13024 Stellar Ln., Plainfield Il 60585 100% Issued | 100.00 | 0.00 | | 0.00 | FA |
| 12.  100% Of Issued And Outstanding Stock Of Burke Leasing, Llc. | 0.00 | 0.00 | | 0.00 | FA |
| 13.  100% Of The Issued And Outstanding Shares Of Game Spiritware | 0.00 | 0.00 | | 0.00 | FA |
| 14.  Location: 13024 Stellar Ln., Plainfield Il 60585 Two  Four W | 500.00 | 500.00 | | 0.00 | FA |
| 15.  2004 Schmidt Mobile Home Model #M311022 Located At 113<br>Shann | 20,000.00 | 16,374.00 | | 0.00 | FA |
| 16.  Location: 13024 Stellar Ln., Plainfield Il 60585 2000 Gmc Yu | 2,765.00 | 0.00 | | 0.00 | FA |
| 17.  2006 Correct Craft Model 206Ltd 18' boat with trailer | 10,000.00 | 0.00 | | 13,000.00 | FA |
| 18.  Location: 13024 Stellar Ln., Plainfield Il 60585 Two Compute | 750.00 | 0.00 | | 0.00 | FA |
| INT.  Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $419,030.00 | $16,874.00 | | $13,000.00 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending date of hearing or sale and other actions

Exhibit 8

Debtor disclosed an interest in a boat and trailer; Trustee valued property in excess of any debt and intended to liquidate property; Debtor disputed value and marketability of property; Debtor and Trustee settled disputed in principal with Debtor buying estate's interest in the property.

TFR prepared/filed.  - Joji Takada 11/30/2014

Initial Projected Date of Final Report (TFR): 07/13/2014          Current Projected Date of Final Report (TFR): 07/13/2014

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 13-28021 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: John C. Burke | Bank Name: Associated Bank | |
| Erica R. Burke | Account Number/CD#: XXXXXX9892 | |
| | Checking | |
| Taxpayer ID No: XX-XXX0983 | Blanket Bond (per case limit): $5,000,000.00 | |
| For Period Ending: 04/14/2015 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/26/15 | | Transfer from Acct # xxxxxx8139 | Transfer of Funds | 9999-000 | $12,987.53 | | $12,987.53 |
| 02/24/15 | 1001 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,050.00 | $10,937.53 |
| 02/24/15 | 1002 | Joji Takada 6336 North Cicero Avenue Chicago, IL 60646 | Final distribution representing a payment of 100.00 % per court order. | 2200-000 | | $14.24 | $10,923.29 |
| 02/24/15 | 1003 | Department Of The Treasury Internal Revenue Service Po Box 7346 Philadelphia, Pa 19101 | Final distribution to claim 2 representing a payment of 3.21 % per court order. | 5800-000 | | $10,923.29 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $12,987.53 | $12,987.53 |
| Less: Bank Transfers/CD's | $12,987.53 | $0.00 |
| Subtotal | $0.00 | $12,987.53 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $12,987.53 |

| | | |
|---|---|---|
| Page Subtotals: | $12,987.53 | $12,987.53 |

**UST Form 101-7-TDR (10/1/2010)** *(Page: 23)*

Case 13-28021    Doc 54    Filed 05/15/15    Entered 05/15/15 12:18:05    Desc Main
Document    Page 24 of 25

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 13-28021
Case Name: John C. Burke
Erica R. Burke

Trustee Name: Joji Takada, Chapter 7 Trustee
Bank Name: The Bank of New York Mellon
Account Number/CD#: XXXXXX8139
Checking

Taxpayer ID No: XX-XXX0983
For Period Ending: 04/14/2015

Blanket Bond (per case limit): $5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 04/09/14 | 17 | John Burke | Settlement payment Lump sum payment for Compromise re boat | 1129-000 | $13,000.00 | | $13,000.00 |
| 05/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b) (1), and 507(a)(2) | 2600-000 | | $12.47 | $12,987.53 |
| 01/26/15 | | Transfer to Acct # xxxxxx9892 | Transfer of Funds | 9999-000 | | $12,987.53 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $13,000.00 | $13,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $12,987.53 |
| Subtotal | $13,000.00 | $12.47 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $13,000.00 | $12.47 |

Page Subtotals: $13,000.00    $13,000.00

UST Form 101-7-TDR (10/1/2010) *(Page: 24)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8139 - Checking | $13,000.00 | $12.47 | $0.00 |
| XXXXXX9892 - Checking | $0.00 | $12,987.53 | $0.00 |
| | $13,000.00 | $13,000.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,000.00 |
| Total Gross Receipts: | $13,000.00 |